FILED
2022 Oct-11  AM 09:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**OHIO SECURITY INSURANCE COMPANY,**
    Plaintiff,

**v.**

**RESOURCEFUL SOLUTIONS 3, LLC, COREY MONTREZ HARRIS, AND ALICIA JOHNSON,**
    DefendantS.

**Case No. 2:21-cv-664-CLM**

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, **DISMISSES this case WITHOUT PREJUDICE**. The court retains jurisdiction of this action to reinstate this case, if any party represents to the court on or before **December 10, 2022** that final settlement documentation could not be completed. The parties may request additional time to file dismiss documents if necessary. If the court does not hear from the parties by **December 10, 2022**, this dismissal will convert into a **dismissal with prejudice**. All pending deadlines and settings in this case are canceled.

**Done** and **Ordered** on October 11, 2022.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE